JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE DENLOW
AEE

Case 1:08-cv-04759   Document 2   Filed 08/21/2008   Page 1 of 1

FILED: AUGUST 21, 2008
08CV4759

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
ALLSTATE INSURANCE COMPANY, as subrogee of Mary K. Blonn

**DEFENDANTS**
HOME DEPOT U.S.A., INC.

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Fulton
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Lynn K. Weaver
Grotefeld & Hoffmann, LLP
180 N. LaSalle St., Ste. 1810, Chicago, IL 60601 (312) 551-0200

Attorneys (If Known)

## II. BASIS OF JURISDICTION
[ ] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question (U.S. Government Not a Party)
[X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
Citizen of This State: PTF [ ] 1  DEF [ ] 1
Incorporated or Principal Place of Business In This State: PTF [X] 4  DEF [ ] 4
Citizen of Another State: PTF [ ] 2  DEF [ ] 2
Incorporated and Principal Place of Business In Another State: PTF [ ] 5  DEF [X] 5
Citizen or Subject of a Foreign Country: PTF [ ] 3  DEF [ ] 3
Foreign Nation: PTF [ ] 6  DEF [ ] 6

## IV. NATURE OF SUIT
[X] 385 Property Damage Product Liability

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
28 U.S.C. 1332

## VII. PREVIOUS BANKRUPTCY MATTERS
(none)

## VIII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 101,659
JURY DEMAND: [ ] Yes [X] No

## IX. This case
[X] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE: August 21, 2008
SIGNATURE OF ATTORNEY OF RECORD: /s/ Lynn K. Weaver