### *United States District Court for the Northern District of Illinois*

Case Number: 08cv4759

Assigned/Issued By: DAJ

Judge Name: DER-YEGHIAYAN

Designated Magistrate Judge: DENLOW

---

### FEE INFORMATION

**Amount Due:**   ☑ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00

Receipt #: 4624007711

Date Payment Rec'd: 08/21/08

Fiscal Clerk: DAJ

---

### ISSUANCES

☑ Summons   ☐ Alias Summons

☐ Third Party Summons   ☐ Lis Pendens

☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets   (Victim, Against and $ Amount)

☐ Writ _____
(Type of Writ)

1 Original and 1 copies on 08/21/08 as to HOME DEPOT USA INC.
(Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm     03/14/05